SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

KESLIE STEWART (184090)
Assistant United States Attorney

H.H. (SHASHI) KEWALRAMANI (TXSBN 796879)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3709
    FAX: (510) 637-3724

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No  CR 07-00488 CW |
| Plaintiff, ) | SUBSTITUTION OF ATTORNEYS |
| v. ) | |
| ANDRE MATTHEWS, et al., ) | |
| Defendant. ) | |

    Please take notice that as of August 21, 2007, the Assistant U.S. Attorneys whose names, address and telephone numbers are listed below will be counsel for the government.

///

///

///

| | |
|---|---|
| 1 | Assistant U.S. Attorney KESLIE STEWART and |
| 2 | Assistant U.S. Attorney SHASHI KEWALRAMANI |
|   | 1301 Clay Street, Suite 340S |
|   | Oakland, CA 94612 |
| 3 | Telephone: (510) 637-3680 |

4  DATED: August 21, 2007        Respectfully submitted,

5                                SCOTT N. SCHOOLS
                                 United States Attorney
6
                                 _____/S/_____
7                                KESLIE STEWART
                                 Assistant United States Attorney
8

9
10 DATED: August 21, 2007        Respectfully submitted,

11                               SCOTT N. SCHOOLS
                                 United States Attorney
12
                                 _____/S/_____
13                               H.H. (SHASHI) KEWALRAMANI
                                 Assistant United States Attorney
14

15 I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

16

17

18

19

20

21

22

23

24

25

26

27

28

SUBSTITUTION OF ATTORNEYS - [CR 07-0048 CW ]