SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

KESLIE STEWART (CSBN 184090)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3709
    Facsimile: (510) 637-3724

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 07-00488 CW/WDB |
| Plaintiff, | STIPULATION AND PROTECTIVE ORDER RE: DISCOVERY OF PERSONAL AND FINANCIAL INFORMATION |
| v. | |
| ANDRE MATTHEWS, et al., | |
| Defendants. | OAKLAND VENUE |

With the agreement of the parties, and with the consent of the defendant, the Court enters the following order:

Defendant Alicia Johnson is charged with one count of conspiracy to unlawfully transfer or use a means of identification of another, in violation of 18 U.S.C. § 1028(f). Upon request, the United States will produce to counsel for the defendant discovery that contains personal identifying information, including social security numbers, birth dates and driver's license numbers, and private financial information, including account numbers, pertaining to the victims in this case. Pursuant to Federal Rule of Criminal Procedure 16, the government requests that disclosure of these materials be subject to the following restrictions:

    1.    Except when being actively examined for the purpose of the preparation of

PROTECTIVE ORDER
[07-00488 CW]

1 the defense of defendant Alicia Johnson, the documents containing personal identifying and
2 private financial information of third parties produced by the government to defense counsel
3 shall be maintained in a locked, safe, and secure drawer, cabinet, or safe which is accessible only
4 to defense counsel, members of his or her law firm who are working with him or her to prepare
5 the defendant's defense, and his or her investigator.  Defense counsel, members of his or her law
6 firm, the defendant, and the investigator shall not permit any person access of any kind to the
7 documents or disclose in any manner the personal identifying and private financial information
8 of third parties except as set forth below.

9     2.    The following individuals may examine the documents and information
10 related to the personal identifying and private financial information of third parties for the sole
11 purpose of preparing the defense of defendant Alicia Johnson and for no other purpose:

12     a)    Counsel for defendant;
13     b)    Members of the defendant's law office who are assisting with the
14     preparation of Alicia Johnson's defense;
15     c)    Defendant Alicia Johnson, but only in the presence of defense
16     counsel or another authorized person listed in this paragraph;
17     d)    Investigators retained by the defendant to assist in the defense of
18     this matter.

19 If defense counsel determines that additional persons are needed to review the material, he or she
20 must obtain a further order of the Court before allowing any other individual to review the
21 material.

22     3.    A copy of this order shall be maintained with the documents at all times.
23     4.    All individuals other than defense counsel and the defendant who receive
24 access to the materials pursuant to this Order, <u>prior to receiving access to the materials</u>, shall
25 sign a copy of this Order acknowledging that

26     a)    they have reviewed the Order;
27     b)    they understand its contents;
28     c)    they agree that they will only access the documents and

PROTECTIVE ORDER
[07-00488 CW]    2

| | |
|---|---|
|1|                 information for the purposes of preparing a defense for defendant|
|2|                 Alicia Johnson;|
|3|       d)      they understand that failure to abide by this Order may result in|
|4|                 sanctions by this Court.|

Counsel for the defendant shall promptly file signed copies of the Order, ex parte and under seal. The government shall have no access to these signed copies without further order of the District Court.

      5.      No other person may be allowed to examine the material without further court order. Examination of the documents shall be done in a secure environment which will not expose the materials to other individuals not listed above.

      6.      Documents such as word processing files, e-mails, and other text files may be duplicated to the extent necessary to prepare the defense of this matter.

      7.      Any pleadings that reveal the personal identifying or private financial information of third parties, either by attaching copies of documents containing that information or referencing that information, shall be redacted to prevent the disclosure of such information or filed under seal.

      8.      Within five court days of the judgement and sentencing hearing in this matter, all material provided to defense counsel pursuant to this Order, and all other authorized copies, if any, shall be returned to the Government. The Government shall destroy them. If

///
///
///
///
///
///
///
///
///

PROTECTIVE ORDER
[07-00488 CW]        3

1  defendant believes that he or she must maintain the material for any reason related to appeal,
2  defendant must seek authorization from the District Court within five days of the sentencing and
3  judgement in this matter.

5  STIPULATED:

7  DATED:  9/5/07              /S/
                               JOHN PAUL REICHMUTH
8                              Attorney for Defendant Alicia Johnson

10 DATED:  9/5/07              /S/
                               KESLIE STEWART
11                             Assistant United States Attorney

12 I hereby attest that I have on file all holograph signatures for any signatures indicated by a
13 "conformed" signature (/S/) within this e-filed document.

17          IT IS SO ORDERED that disclosure of the above-described discovery materials
18 shall be restricted as set forth above.

20 DATED:   September 6, 2007   _Wayne D. Brazil_____
21                              WAYNE D. BRAZIL
22                              United States District Court Judge

PROTECTIVE ORDER
[07-00488 CW]                    4