**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-00488 CW |
| Plaintiff, | CLERK'S NOTICE CONTINUING HEARING |
| v. | |
| ANDREW MATTHEWS, BOBBY ALEXANDER, CORY KAUTZMAN, ALICIA JOHNSON, DANIELLE REYES, TYHESIA BACON, KENYATA WILLIAMS, LEVI ENRIQUEZ, KELVIN ARNOLD and ASHAKI GREEN | |
| Defendants. _____/ | |

Notice is hereby given that the motions setting hearing, previously set for January 9, 2008, is continued to **January 16, 2008, at 2:00 p.m.,** in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612.

Dated: 12/7/07

*Sheilah Cahill*
_____
SHEILAH CAHILL
Deputy Clerk

cc: U.S. Marshal