**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
555 12TH STREET- SUITE 650
OAKLAND CALIFORNIA 94607-3627

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (510) 637-3500
Fax (510) 637-3507

January 8, 2008

Hon. Wayne D. Brazil
United States Magistrate Judge for the
Northern District of California
1301 Clay St.
Oakland, CA 94612

**Re: United States v. Andre Matthews, et al., Case No. CR 07-00488 CW**
**(Defendant Alicia Johnson)**

Dear Judge Brazil:

     I write to request that this case be placed on the court's calendar on Wednesday, January 9, 2008 at 10:00 a.m. to allow Ms. Johnson to request a modification of her release conditions. The court ordered Ms. Johnson to participate in in-patient drug treatment at Newbridge. Ms. Johnson would very much like to be transition-ed out of Newbridge so that she can begin full-time college courses again. Classwork at Diablo Valley College begins January 14, 2008. Registration for classes is this week, ending January 11, 2008. Ms. Johnson has resided at Newbridge for around five months, having been ordered there on August 10, 2007. If this proposal is accepted, she would reside with her mother and continue in an outpatient drug treatment program while attending courses. Government counsel and the Pretrial Services Officer are available and wish to be heard. Please do not hesitate to contact me for any reason.

Very truly yours,

BARRY J. PORTMAN
Federal Public Defender

/S/
JOHN PAUL REICHMUTH
Assistant Federal Public Defender

cc:    Keslie Stewart, AUSA
        Victoria Gibson, PSA