BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant JOHNSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDRE MATTHEWS, et al.<br><br>    Defendant. | No. CR-07-00488 CW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS HEARING**<br><br>Hearing Dates: March 12 & 19, 2008<br>Requested Date: April 9, 2008 |

It is hereby stipulated that the STATUS/CHANGE OF PLEA hearing date of March 12, 2008 and the MOTIONS hearing date of March 19, 2008 be continued to April 9, 2008 at 2:00 p.m. for CHANGES OF PLEA OR MOTIONS. In addition, the parties stipulate and agree that time should be excluded between March 12, 2008 and April 9, 2008 due to the ongoing investigation by defense counsel. Two new discs of electronic discovery have been produced by the government within the week of March 3, 2008, and defense counsel need time to review this material. Approximately 4000 pages of discovery have been previously been produced to defense counsel in electronic form. This electronic discovery has been converted to OCR searchable form by defense counsel and distributed to all defense counsel.

Stip to Continue, 07-00488 CW                                    1

1  The parties agree that the ends of justice served by the continuance requested herein
2  outweigh the best interest of the public and the defendants in a speedy trial because the failure to
3  grant the continuance would deny the counsel for the defendant the reasonable time necessary for
4  effective preparation, taking into account the exercise of due diligence.  Time should therefore be
5  excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

6

7  03-07-08                                                    /s/
   Date                                                         John Paul Reichmuth
8                                                               Assistant Federal Public Defenders
                                                                Counsel for defendant Johnson
9

10
   03-07-08                                                    /s/
11  Date                                                         Richard Tamor
                                                                Counsel for defendant Bacon
12

13  03-07-08                                                    /s/
   Date                                                         Garrick Lew
14                                                              Counsel for defendant Alexander

15  03-07-08                                                    /s/
   Date                                                         Gail Shifman
16                                                              Counsel for defendant Kautzman

17
   03-07-08                                                    /s/
18  Date                                                         John Hemann
                                                                Counsel for defendant Matthews
19
   03-07-08                                                    /s/
20
   Date                                                         Laura Robinson
21                                                              Counsel for defendant Enriquez

22
   03-07-08                                                    /s/
23  Date                                                         Mark Goldrosen
                                                                Counsel for defendant Reyes
24

25  03-07-08                                                    /s/
   Date                                                         Seth Chazin
26                                                              Counsel for defendant Williams

Stip to Continue, 07-00488 CW                    2

| | | |
|---|---|---|
| 1 | | |
| 2 | 03-07-08<br>Date | /s/<br>Ismail Ramsey<br>Counsel for defendant Arnold |
| 3 | | |
| 4 | 03-07-08<br>Date | /s/<br>Diana Weiss<br>Counsel for defendant Green |
| 5 | | |
| 6 | | |
| 7 | 03-07-08<br>Date | /s/<br>Keslie Stewart<br>Assistant United States Attorney |

    I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.        /S/ John Paul Reichmuth
                                                                                                      Counsel for Defendant Alicia Johnson

**ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby finds that the ends of justice served by the continuance requested herein outweigh the best interest of the public and the defendant in a speedy trial because the failure to grant the continuance would deny the counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court makes this finding because the parties continue to investigate the new discovery, which is voluminous.

Based on these findings, IT IS HEREBY ORDERED THAT the STATUS/CHANGE OF PLEA hearing date of March 12, 2008 and the MOTIONS hearing date of March 19, 2008 be continued to April 9, 2008 at 2:00 p.m. for CHANGES OF PLEA OR MOTIONS and that time be excluded from November 28, 2007 to January 9, 2008 pursuant to 18 U.S.C. §§3161 (h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

Date

Hon. Claudia Wilken
United States District Judge