# FEDERAL PUBLIC DEFENDER
NORTHERN DISTRICT OF CALIFORNIA
555 12TH STREET- SUITE 650
OAKLAND CALIFORNIA 94607-3627

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (510) 637-3500
Fax (510) 637-3507

March 21, 2008

Hon. Wayne D. Brazil
United States Magistrate Judge for the
Northern District of California
1301 Clay St.
Oakland, CA 94612

**Re: United States v. Andre Matthews, et al., Case No. CR 07-00488 CW**
       **(Defendant Alicia Johnson)**

Dear Judge Brazil:

    I write to request that this case be placed on the court's calendar on Monday, March 24, 2008 at 10:00 a.m. to allow Ms. Johnson to request a modification of her release conditions, to wit, that she be allowed to reside with her mother Sharon Johnson (as custodian) and participate in out-patient treatment and continue taking college courses. Ms. Johnson has resided in the program for approximately 7 months. The federal contract has expired. She will thus be billed for continuing to reside at the Newbridge Foundation. Government counsel and the Pretrial Services Officer are available and do not object to the request. Sharon Johnson will be present. Please do not hesitate to contact me for any reason.

Very truly yours,

BARRY J. PORTMAN
Federal Public Defender


/S/
JOHN PAUL REICHMUTH
Assistant Federal Public Defender

cc:    Keslie Stewart, AUSA
       Victoria Gibson, PSA