04/28/2008 01:33 PM EST

Version 7.0.1

**Case Debt Type Payment Report**
**U.S. Courts**

Oakland

FILED
MAY - 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Case No. DCAN407CR000488  US VS MATTHEWS ET AL

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 004 | ALICIA JOHNSON | 504100 | SPECIAL PENALTY ASSESSMENT | 100.00 | 0.00 | CT 44611002124 | 1 | PR | 100.00 | 04/25/2008 |
| 007 | ASHAKI GREEN | 504100 | SPECIAL PENALTY ASSESSMENT | 25.00 | 0.00 | CT 44611002048 | 1 | PR | 25.00 | 04/09/2008 |
|  |  |  |  |  |  |  |  | Division Payment Total | 125.00 |  |
|  |  |  |  |  |  |  |  | Grand Total | 125.00 |  |

$ 100.00   SPECIAL ASSESSMENT    on   4/25/08
            PAID IN FULL

Page 1 of 1