```
1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CASBN 163973)
   Chief, Criminal Division
4
   KESLIE STEWART (CASBN 221603)
5  Assistant United States Attorney

6     1301 Clay Street, Suite 340-S
      Oakland, California 94612
7     Telephone:  (510) 637-3709
      Facsimile:  (510) 637-3724
8     E-Mail:     keslie.stewart@usdoj.gov

9  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) No. 07-488-CW |
|---|---|
| Plaintiff, | ) |
| v. | ) NOTICE OF NOT OF RECORD |
|  | ) COUNSEL FOR THE GOVERNMENT |
| ANDRE MATTHEWS, ET AL, | ) |
| Defendant. | ) |

Please take notice that H.H. "Shashi" Kewalramani is not the counsel of record for the government and should be removed from the case. The Assistant United States Attorney whose name, address, telephone number and e-mail address listed below is assigned to be counsel for the government.

KESLIE STEWART
Assistant United States Attorney
1301 Clay Street; Suite 340S
Oakland, California 94612
Telephone: (510) 637-3709
Fax: 510/637-3724
E-mail: keslie.stewart@usdoj.gov

NOTICE OF NOT OF RECORD COUNSEL FOR THE GOVERNMENT

1    The Clerk is requested to change the docket sheet and other court records so as to
2    reflect that all orders and communications from the court will in the future be directed to
3    AUSA Keslie Stewart at the above mailing address, telephone number, facsimile number
4    and e-mail address.
5
6
7    DATED: May 14, 2008              Respectfully submitted,

        JOSEPH P. RUSSONIELLO
8                                    United States Attorney
9

10                                         /s/
                                     KESLIE STEWART
11                                   Assistant United States Attorney
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF NOT OF RECORD COUNSEL FOR THE GOVERNMENT