# UNITED STATES DISTRICT COURT
## for
## NORTHERN DISTRICT OF CALIFORNIA
### Oakland Venue



FILED  
JUL - 1 2008  
RICHARD W. WIEKING  
CLERK, U.S. DISTRICT COURT  
NORTHERN DISTRICT OF CALIFORNIA  
OAKLAND

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Alicia Michelle Johnson | Docket No.: CR 07-00488-04 CW |

Name of Sentencing Judge:  Claudia Wilken
United States District Judge

Date of Original Sentence: April 23, 2008

Original Offense:
Count 1: Conspiracy to Unlawfully Transfer or Use a Means of Identification of Another, 18 U.S.C. § 1028(f), a Class C felony

Original Sentence: Three years probation
Special Conditions: home confinement without electronic monitoring for 6 months; special assessment $100; restitution $3,151.16; drug treatment; access to financial information; random urinalysis testing; seek and maintain employment

| | |
|---|---|
| Type of Supervision: Probation | Date Supervision Commenced: April 23, 2008 |
| Assistant U.S. Attorney: Kesley Stewart | Defense Counsel: Angela Hansen (AFPD) |

### Petitioning the Court

To modify the conditions of supervision related to home confinement to read as follows:

> The defendant shall participate in the Home Confinement with Voice Recognition Monitoring Program and shall abide by all the requirements of the program for a period of 6 months. The defendant shall pay the cost of monitoring at the prevailing rate unless it is determined by the probation officer that she has an inability to pay. A co-payment amount will then be determined by the probation officer. The defendant is restricted to her residence at all times except for activities which have been pre-approved by the probation officer, including employment, education, religious services, medical, substance abuse, or mental health treatment, attorney visits, court appearances, or court ordered obligations. During the term of home confinement, the defendant shall abstain from the use of alcohol and shall submit to drug or alcohol testing as directed by the probation officer.

NDC-SUPV-FORM 12B(1) 06/23/08

**Cause**

This modification is necessary to clarify that the offender will be monitored telephonically with the use of an automated voice verification system in lieu of traditional electronic monitoring equipment.

The Assistant U.S. Attorney and Defense Counsel have been notified and there are no objections.

Respectfully submitted,                          Reviewed by:

_____                       _____
Alton P. Dural Jr.                              Amy Rizor
U.S. Probation Officer Specialist               Supervisory U.S. Probation Officer

Date Signed: June 23, 2008

---

THE COURT ORDERS:
☒ To modify the conditions of supervision as follows:
The defendant shall participate in the Home Confinement with Voice Recognition Monitoring Program and shall abide by all the requirements of the program for a period of 6 months. The defendant shall pay the cost of monitoring at the prevailing rate unless it is determined by the probation officer that she has an inability to pay. A co-payment amount will then be determined by the probation officer. The defendant is restricted to her residence at all times except for activities which have been pre-approved by the probation officer, including employment, education, religious services, medical, substance abuse, or mental health treatment, attorney visits, court appearances, or court ordered obligations. During the term of home confinement, the defendant shall abstain from the use of alcohol and shall submit to drug or alcohol testing as directed by the probation officer.

☐ Submit a request for warrant
☐ Submit a request for summons
☐ Other:


JUL - 1 2008                                    _____
_____                       Claudia Wilken
Date                                            United States District Judge

NDC-SUPV-FORM 12B(1) 06/23/08