NDC-PROB 49 02/01/05

# UNITED STATES DISTRICT COURT
for
## NORTHERN DISTRICT OF CALIFORNIA



Defendant Name: Alicia M. Johnson
Docket No.: CR 07-00488-4 CW

## Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term Of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel", I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

Special Condition Number Four is modified to read as follows:

The defendant shall participate in the Home Confinement with Voice Recognition Monitoring Program and shall abide by all the requirements of the program for a period of six (6) months. The defendant is restricted to her residence at all times except for activities which have been pre-approved by the probation officer, including employment, education, religious services, medical, substance abuse, or mental health treatment, attorney visits, court appearances, or court ordered obligations. During the term of home confinement, the defendant shall abstain from the use of alcohol and shall submit to drug or alcohol testing as directed by the probation officer.

☐ *continued on next page*

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct and that this declaration was executed on the date indicated at

Signed: *Alicia Johnson*          Date: _____
        Probationer or Supervised Releasee

Witness: *[signature]*            Date: 5/20/2008
         Alton P. Dural Jr.
         U.S. Probation Officer Specialist