1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163873)
3  Chief, Criminal Division

4  KESLIE STEWART (CSBN 184090)
   Assistant United States Attorney
5  Oakland Division

6     1301 Clay Street, Suite 340S
      Oakland, California 94612
7     Telephone: (510) 637-3680
      Facsimile: (510) 637-3724
8     Email: Keslie.Stewart@usdoj.gov

9  Attorneys for Plaintiff

**FILED**

AUG 28 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                          OAKLAND DIVISION

13

14  UNITED STATES OF AMERICA,           )   No. CR ~~05-00039 JF~~
                                         )   07-00488-04 CW
15          Plaintiff,                   )
                                         )
16      v.                               )   STIPULATION AND ~~[PROPOSED]~~
                                         )   ORDER TO AMEND AND CORRECT
17  ALICIA JOHNSON ,                     )   RESTITUTION ORDER IN JUDGMENT
                                         )   AND CONVICTION
18                                       )
            Defendant.                   )
19                                       )
    _____)
20

21          On or about April 23, 2008, Court sentenced defendant Alicia Johnson ("defendant") to a

22  term of three years probation. The Court also ordered defendant to pay $3,151.16 in restitution

23  to the victims of the conspiracy to unlawfully transfer and use a means of identification of

24  another, in violation of 18 U.S.C. § 1028(f). On or about April 28, 2009, the Court issued its

25  Judgment in the above-captioned case. The Judgment incorrectly listed the payment amounts to

    the two institutional victims as follows:
26
        WFNNB                      $2,653.21
27
        JC Penny's, GE Money Bank  $497.95.
28

STIPULATION AND [PROPOSED] ORDER
TO AMEND AND CORRECT J & C
U.S. v. JOHNSON, No. CR 07-00488 CW

After consulting with the United States Postal Inspection Service, the government has determined that the amounts were transposed and the Judgment should have ordered payment to WFNNB of $497.95 and payment to JC Penny's, GE Money Bank of $2,653.21. The restitution ordered in the Judgment also should have been joint and several with specified co-defendants.

Accordingly, the parties are filing this stipulation and request for an amended Judgment. The parties are not seeking to modify the total restitution amount previously ordered by the Court. The parties ask the Court to correct the Judgment to order restitution as follow:

WFNNB                          $497.95   (Joint and Several with ~~Andre Matthews~~, Kenyata Williams, Bobby Alexander, Tyhesia Bacon, and Danielle Reyes)

JC Penny's, GE Money Bank      $2,653.21 (Joint and Several with ~~Andre Matthews~~ and Danielle Reyes)

Dated: Aug 26, 2009

JOSEPH P. RUSSONIELLO
United States Attorney

KESLIE STEWART
Assistant United States Attorney

Dated: 8/26/09

JOHN PAUL REICHMUTH
Attorney for Defendant

Dated: 8/26/09

ALICIA JOHNSON
Defendant

[~~PROPOSED~~] ORDER

At the request of both parties, and because the Court finds good cause, the Court HEREBY

ORDERS that the Judgment be amended to read that restitution be ordered paid to the following

victims in the following amounts:

WFNNB                          $497.95  (Joint and Several with ~~Andre Matthews,~~
                               Kenyata Williams, Bobby Alexander, Tyhesia
                               Bacon, and Danielle Reyes)

JC Penny's, GE Money Bank      $2,653.21 (Joint and Several with ~~Andre Matthews~~
                               ~~and~~ Danielle Reyes)

DATED:  AUG 2 8 2009           _____
                               HONORABLE CLAUDIA WILKEN
                               UNITED STATES DISTRICT COURT JUDGE