IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-00488 CW |
| Plaintiff, | ORDER FOR BRIEFING |
| v. | |
| ALICIA JOHNSON, | |
| Defendant. | |

Defendant Alicia Johnson was sentenced on December 15, 2010. On December 16, 2010, Defendant's counsel wrote to the Court that Ms. Johnson cannot be sentenced to a term of probation that includes nine months custody. (Docket No. 449.) The Assistant United States Attorney shall respond to the letter in seven days. The response shall include the United States' position as to the maximum length of supervised release that can be imposed if probation cannot legally be reinstated after a nine month custodial sentence. Defendant shall reply three days later, including whether Defendant wishes to be brought to Court if it is necessary to impose supervised release instead of reinstating probation.

Dated: 1/7/2011

CLAUDIA WILKEN
United States District Judge